# United States Bankruptcy Court
## District of Nevada

Case No. **08–21844–bam**
**Chapter 7**

In re: (Name of Debtor)
    JIN YOUNG MYUNG
    9501 W. SAHARA AVE. #2257
    LAS VEGAS, NV 89102

Social Security No.:
    xxx−xx−6637

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 12/23/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court